IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Devan Tyquan Holloway, Debtor           Case No. 25-50162-KMS
                                                  CHAPTER 13

### RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Trustee's Motion to Dismiss (dk # 23) as follows:

1. Debtor commenced this case on Febrauary 5, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor was unemployed and fell behind on plan payments.

3. Debtor is now working and can continue making the plan payments,.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

                            Respectfully submitted,

               By:     /s/ Thomas C. Rollins, Jr.
                       Thomas C. Rollins, Jr. (MSBN 103469)
                       Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on October 14, 2025, to:

By Electronic CM/ECF Notice:

  David Rawlings

  U.S. Trustee

            <u>/s/ Thomas C. Rollins, Jr.</u>
            Thomas C. Rollins, Jr.